NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Azucena M. Yap,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>William Barr, Attorney General, Department of Justice; Kenneth Cuccinelli, Acting Director, US Citizenship and Immigration Services; Jeanne M. Kent, Field Office Director, USCIS Las Vegas Field Office; Terrence Dwyer, Immigration Service Officer, USCIS Las Vegas Field Office,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02176-KJD-EJY<br><br>**Notice of Stipulated Dismissal** |

　　COMES NOW, the Plaintiff, Azucena M. Yapp, and Defendants, William Barr, et al., by and through undersigned counsel, and hereby file this Notice of Stipulated Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　Defendants have agreed to favorably adjudicate Plaintiff's I-360 and to reopen Plaintiff's I-485.

The parties stipulate to a dismissal of this case with prejudice and with all parties to bear their own fees and costs.

Dated this 1st day of February 2021.

|  |  |
|---|---|
|  | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Jon Eric Garde<br>JON ERIC GARDE, ESQ.<br>Nevada Bar No. 5961<br>4455 S. Pecos Road, Suite B<br>Las Vegas, NV 89121<br>*Attorney for Plaintiff* | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 2/2/2021